**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY JORGENSON, | ) | NO. EDCV 16-00455-JLS (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARION SPEARMAN, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 22, 2016

_____
Josephine L. Staton
United States District Judge